# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139678

MICHAEL P. RISKO and
REBECCA J. RISKO,
      Petitioners-Appellants,

v

                                        SC: 139678
                                        COA: 282701
                                        Ottawa CC: 2007-059185-AA

GRAND HAVEN CHARTER TOWNSHIP
ZONING BOARD OF APPEALS,
      Respondent-Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 16, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

                                             Clerk

p1214